■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH FARINA, Appellant, against HARRY KLEIN, as Warden of Brooklyn City Prison, Respondent.— Order dismissing a writ of habeas corpus affirmed, without costs. (See *People* v. *Farina*, 2 A D 2d 776.) A habeas corpus proceeding does not lie where, as here, appellant's grievance could be fully cured by appropriate proceedings in the County Court, Kings County, and by appeal from that court's determination (*Matter of Morhous* v. *New York Supreme Court*, 293 N. Y. 131). Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur. [208 Misc. 792.]